IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RONALD W. WHITE,

    Petitioner,

v.                          Case No. 3:11mc64/MCR/EMT

UNITED STATES OF AMERICA,

    Respondent.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 25, 2011 (doc. 9). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, and the record, the court concludes that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     The motion to quash IRS Summons (doc. 1) is **DENIED**.

3.     The Government's motion to deny petition to quash (doc. 8) is **GRANTED**.

**DONE AND ORDERED** this 14th day of October, 2011.

                                                                                s/ *M. Casey Rodgers*
                                                                                **M. CASEY RODGERS**
                                                                                **CHIEF UNITED STATES DISTRICT JUDGE**